# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2022

## NO. 03-22-00028-CV

**N. K., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on December 29, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order to the extent it terminates appellant's parental rights to the two children and does not reach the provisions terminating Mother's rights to those children. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.